

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
3 WORLD FINANCIAL CENTER
ROOM 400
NEW YORK, NEW YORK 10281-1022

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/13

April 29, 2013

**Via Facsimile: 212-805-7901**

The Honorable Harold Baer, Jr.
United States District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    Re:    *SEC v. Adondakis et al.; 12 Civ. 0409 (HB)*

Dear Judge Baer:

    The undersigned counsel represents Plaintiff Securities and Exchange Commission in the above-referenced action. Pursuant to Rule 1.E. of your Honor's Individual Rules of Practice (and after having received prior authorization from your law clerk to send the enclosed documents via facsimile), plaintiff hereby respectfully submits courtesy copies of a Consent and proposed Final Judgment as to defendant Level Global Investors, LP ("Level Global"). An electronic copy of the Judgment has also been submitted by email to the Judgment Clerk of the Court, in accordance with ECF Rule 18.4.

    Under the terms of the settlement, defendant Level Global has agreed to the entry of an order: (i) permanently enjoining it from violations of Section 10(b) of the Securities Exchange Act of 1934, Exchange Act Rule 10b-5, and Section 17(a) of the Securities Act of 1933; (ii) ordering it to pay disgorgement of $10,082,725.78 plus pre-judgment interest of $1,348,824.07, for a total of $11,431,549.85; and (ii) ordering it to pay a civil penalty in the amount of $10,082,725.78.

    The Commission respectfully requests that Your Honor enter the proposed Judgment with respect to defendant Level Global. The parties remain available for a conference should the Court have any further questions.

Respectfully submitted,

Daniel R. Marcus
Senior Counsel

cc:    All Counsel (by email)

SO ORDERED:

Harold Baer, Jr., U.S.D.J.
Date: 5/9/13

*[handwritten note across page]: Let's talk about all of this at your 5/15 conference*

Endorsement:

Let's talk about all your enclosures at the May 15 conference.