UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, |  |
| Plaintiff, | Case No. 12-cv-0409 |
| -against- | MOTION FOR LEAVE TO WITHDRAW AS COUNSEL |
| SPYRIDON ADONDAKIS, et al., |  |
| Defendants. |  |

PLEASE TAKE NOTICE THAT pursuant to Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, and upon the annexed declaration, Stephen A. Larson, an attorney for Plaintiff Securities and Exchange Commission in the above-captioned action, hereby moves for leave to withdraw as counsel. Upon his withdrawal, the Commission will continue to be represented by other counsel in this case.

Dated: April 15, 2015
      New York, New York

Respectfully submitted,

/s/ Stephen A. Larson
Stephen A. Larson
