UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION

                Plaintiff,

-v-

SPYRIDON ADONDAKIS, ANTHONY
CHIASSON, SANDEEP GOYAL, JON
HORVATH, DANNY KUO, TODD NEWMAN,
JESSE TORTORA, DIAMONDBACK CAPITAL
MANAGEMENT, LLC, and
LEVEL GLOBAL INVESTORS, L.P.,

                Defendants.

No. 12-CV-409 (SAS)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/16/15

---

## NOTICE OF WITHDRAWAL OF COUNSEL

TO: The Clerk of Court and All Parties of Record:

PLEASE TAKE NOTE THAT Suzanne S. Forster (previously Suzanne K. Skinner) is no longer associated with Morvillo LLP and should be removed from the Court's service list with respect to the above-referenced action. Morvillo LLP continues to serve as counsel in this case for Anthony Chiasson through its attorney Gregory Morvillo and all future correspondence and papers in this action should continue to be directed to him.

Dated: June 23, 2014

Respectfully submitted,

                                      /s/ Gregory Morvillo
                                      Gregory Morvillo

SO ORDERED

/s/ Shira A. Scheindlin
Shira A. Scheindlin, USDJ
4/16/15

                                      MORVILLO LLP
                                      200 Liberty Street
                                      New York, New York 10281
                                      Telephone: (212) 796-6330
                                      Facsimile: (212) 240-8267

                                      *Attorneys for Defendant Anthony Chiasson*